UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| BOSKO AND PAMELA GRKINICH, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:07-CV-369 RM |
| | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

OPINION AND ORDER

Bosko and Pamela Grkinich filed a complaint in Lake Superior Court against Allstate Insurance Company alleging breach of contract (count I) and bad faith (count II). Allstate removed the case based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441. The Grkiniches then filed motions to dismiss count II of the complaint with prejudice and to remand the case to state court.

When plaintiffs voluntarily request dismissal, the action can be dismissed by the court order on terms the court considers proper. *See* FED R. CIV. P. 41(a)(2). Because the Grkinich's request that count II be dismissed with prejudice and Allstate doesn't challenge that request, the court deems the dismissal proper. The Grkiniches also filed a motion requesting that the action be remanded to state court if the court grants the motion to dismiss because the amount in controversy is less than $75,000 for the remaining breach of contract claim. By not responding to this motion, Allstate effectively concedes that this court lacks jurisdiction for

the breach of contract claim and that remand is the proper action. Accordingly, the court GRANTS plaintiff's motion to dismiss count II [Docket No. 10] with prejudice and GRANTS plaintiff's motion to remand [Docket No. 11].

    SO ORDERED.

    ENTERED:   July 8, 2008

                                          /s/ Robert L. Miller, Jr.
                                          Chief Judge
                                          United States District Court